AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| General Electric Capital Corporation; NMHG Financial Services, Inc.; GE Capital Commercial Inc.; Colonial Pacific Leasing Corporation; GE Commercial Distribution Finance Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> KMH Systems, Inc. <br><br><br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  3:13-cv-00409-WHR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KMH Systems, Inc.
c/o John M. Guenin, statutory agent
2211 S. Dixie Drive
Dayton, Ohio 45409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James B. Lind, Esq.
Vorys, Sater, Seymour & Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, Ohio 45202
(513) 842-8119 (Telephone)
jblind@vorys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/13/13

*Signature of Clerk or Deputy Clerk*