IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation; NMHG FINANCIAL SERVICES, INC., a Delaware corporation; GE CAPITAL COMMERCIAL INC., a Delaware corporation; COLONIAL PACIFIC LEASING CORPORATION, a Delaware corporation; and GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>KMH SYSTEMS, INC., an Ohio corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 3:13-cv-00409 |

## ORDER OF REPLEVIN

This matter comes before the Court on the Motion of Plaintiffs, General Electric Capital Corporation, NMHG Financial Services, Inc., GE Capital Commercial Inc., Colonial Pacific Leasing Corporation, and GE Commercial Distribution Finance Corporation (collectively, "GE"), for Order of Replevin (the "Motion"). Due notice of the Motion having been given; the Court having considered the Verified Complaint, the Motion, the Affidavit of William Craig Barber (the "Barber Affidavit"), and GE's Memorandum in Support of the Motion ("Memorandum"), together with the exhibits attached to these documents; and the Court being otherwise duly advised in the premises;

IT IS HEREBY PROVISIONALLY FOUND THAT:

A.    KMH Systems, Inc. ("KMH") is in payment default under the March 6, 2003 Lease Agreement ("NMHG Lease") with NMHG Financial Services, Inc. ("NMHG"), pursuant to which NMHG leased certain equipment to KMH.

B.    On or about May 17, 2011, GE Commercial Distribution Finance Corporation ("GECDF") entered into an Inventory Financing Agreement (together as amended by the October 9, 2013 Modification Agreement, the "Financing Agreement") with KMH whereby GECDF agreed to extend credit to KMH to enable KMH to purchase inventory. As security for all its obligations under the Financing Agreement, KMH granted to GECDF a security interest in all personal property of KMH which was financed under the Financing Agreement (the "Security Interest"). Pursuant to the Financing Agreement, the Security Interest also secured all indebtedness and obligations of any nature of KMH to GECDF or to any of GECDF's affiliates or entities under common control, whether or not such obligations arose under the Financing Agreement. KMH is in non-payment default under the Financing Agreement for failure to comply with the terms of the Modification Agreement.

D.    GE owns and KMH is in wrongful possession of the equipment set forth on the schedule attached hereto as Exhibit A (the "Equipment").

F.    KMH has defaulted on the NMHG Lease, the Financing Agreement, and other Leases with Plaintiffs as set forth in the Verified Complaint (collectively, the "Agreements") by failing to make the payments due and owning thereunder.

G.    KMH is in further default for its failure to provide GECDF with a signed letter of intent or similar written proposal detailing the payoff of its obligations under the Financing Agreement.

H.     KMH is in further default of the Agreements due to its failure to allow GE to repossess the Equipment upon demand, as set forth in the Agreements.

I.     The Agreements entitle GE to repossess and remove the equipment in the event of a payment default or other default by KMH.

J.     To date, GE has not reclaimed the Equipment, nor has KMH returned the equipment.

K.     The Equipment is presently in possession of KMH and/or its sublessees and located at or around 6900 Poe Avenue, Dayton, Ohio or such additional location as may be revealed to GE in the future. KMH continues to use the Equipment in its ordinary and customary manner as part of their business operations.

L.     There is no reason that KMH could assert which would make its continued possession of the Equipment not be wrongful.

M.     GE is being damaged by KMH's continued use of the Equipment in that the deterioration of the Equipment through KMH's continued use lessens the value and resale price that GE may obtain if it recovers and resells the Equipment. Given that GE will likely not be able to collect the full amount it is owed from KMH, such continued use directly injures GE.

N.     The Equipment was not taken for a tax, assessment, or fine pursuant to statute, or seized under execution of judgment against the property of GE.

O.     GE has agreed to post the bond required by Section 2737.10 of the Ohio Revised Code.

Based on these provisional findings, the Verified Complaint, the Motion, the Memorandum, and the exhibits attached thereto, and the Barber Affidavit, it is hereby ORDERED as follows:

- 3 -

1. The Motion is granted;

2. Any and all objections to the Motion are overruled in their entirety;

3. GE has shown that there is probable cause to support the Motion, as it is likely that GE will obtain judgment against KMH that entitles GE to permanent possession of the Equipment;

4. GE is entitled to immediate possession of the Equipment;

5. KMH and any of its responsible managing agents, officers, directors, or employees and any other person or firm having actual notice of this Order are hereby ordered to immediately surrender the Equipment in their possession or control to GE, and forthwith take all actions necessary to allow GE to obtain access to and possession of the Equipment;

6. KMH and its responsible managers, agents, officers, and directors, and each of them, are directed to within two (2) days of entry of this Order, produce to GE copies of all subleases with respect to each and every item of the Equipment, and identify the precise location of each item of the Equipment.

7. GE, either on its own or through its agents, is entitled to enter onto the premises at which the Equipment is located and remove the Equipment, and any person or firm having actual notice of this Order is hereby enjoined from restricting the access of GE to the Equipment;

8. GE is entitled to seek the assistance of the Sheriff of Montgomery County (or any other county in which the Equipment is located) to remove the Equipment and to deliver it to GE, and the Sheriff is hereby ordered to cooperate with any such removal and delivery;

9. Upon repossession of the Equipment by GE, GE shall be free to dispose of said Equipment pursuant to the terms set forth in the Agreements;

10. Except as specifically provided herein, nothing contained in this Order shall constitute a waiver of GE's rights and remedies in connection with the documents described herein or otherwise, including, without limitation, the right to seek deficiency judgments against KMH and the right to seek recovery under any guaranty agreements; and

11. Defendants may recover the Equipment by filing a bond with the Court in the amount of $ _to be determined during any conference call Requested by _,_

- 4 -

IT IS SO ORDERED

Dated:  December  20 , 2013

_____
HONORABLE WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Order Prepared By:

Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114
(216) 479-6167

J.B. Lind
Vorys, Sater, Seymour and Pease LLP
301 E. Fourth Street, Suite 3500
Cincinnati, Ohio  45202
(513) 842-8119

Alexander Terras
Timothy S. Harris
Reed Smith LLP
10 South Wacker Drive, #4000
Chicago, Illinois 60606
(312) 207-1000

**EXHIBIT A**
**SCHEDULE OF EQUIPMENT**

| Dist/Mfg Name | Model # | Serial # |
|---|---|---|
| YALE | ERC050RG | A908N02898C |
| YALE | ERC050RG | A908N04195D |
| YALE | ERC050RG | A908N04210D |
| YALE | ERC050RG | A908N04211D |
| YALE | ERC050RG | A908N04212D |
| YALE | ERC050RG | A908N04211D |
| YALE | ERC050RG | A908N04212D |
| YALE | ERC050RG | A908N04737D |
| YALE | ERC050RG | A908N04160D |
| YALE | ERC050RG | A908N04161D |
| YALE | ERC050RG | A908V01853B |
| YALE | ERC050RG | A908V01854B |
| YALE | ERP040T | F807N07488H |
| YALE | ERP040T | F807N07492H |
| YALE | ERP040T | F807N07530H |
| YALE | ERP040T | F807N07493H |
| YALE | ERP040T | F807N06648F |
| YALE | ERP040T | F807N07497H |
| YALE | ERP040T | F807N07494H |
| YALE | ERP040T | F807N07466H |
| YALE | ERP040T | F807N06487F |
| YALE | ERP040T | F807N06730F |
| YALE | ERP040T | F807N06590F |
| YALE | GLC030VXNNUSE08 | C809V03955F |
| YALE | GLC030VXNURE082 | C809V04208F |
| YALE | GLC030VXNURE082 | C809V04204F |
| YALE | GLC030VXNURE082 | C809V04206F |
| YALE | GLC030VXNURE082 | C809V04203F |
| YALE | GLC030VXNURE082 | C809V04200F |
| YALE | GLC030VXNURE082 | C809V04209F |
| YALE | GLC030VXNURE082 | C809V04207F |
| YALE | GLC030VXNURE082 | C809V04205F |
| YALE | GLC030VXNURE082 | C809V04213F |
| YALE | GLC030VXNURE082 | C809V04274F |
| YALE | GLC030VXNURE082 | C809V04268F |
| YALE | GLC030VXNURE082 | C809V04275F |
| YALE | GLC030VXNURE082 | C809V04273F |
| YALE | GLC030VXNURE082 | C809V04269F |
| YALE | GLC030VXNURE082 | C809V04214F |
| YALE | GLC030VXNURE082 | C809V04336F |

**EXHIBIT A**

| Dist/Mfg Name | Model # | Serial # |
|---|---|---|
| YALE | GLC030VXNURE082 | C809V04337F |
| YALE | GLC030VXNURE082 | C809V04334F |
| YALE | GLC030VXNURE082 | C809V04338F |
| YALE | GLC030VXNURE082 | C809V04339F |
| YALE | GLC035VX | C809V04975H |
| YALE | GLC035VX | C809V04978H |
| YALE | GLC035VX | C809V04987H |
| YALE | GLC035VX | C809V04991H |
| YALE | GLC050VX | A910V15608H |
| YALE | GP110VX | H813V01540K |
| YALE | GP110VX | H813V01654K |
| YALE | GP110VX | H813V01652K |
| YALE | GP110VX | H813V01653K |
| YALE | GP110VX | H813V01650K |
| YALE | GP110VX | H813V01656K |
| HYSTER | E50XM | G108N02729C |
| HYSTER | E50XM | G108N02742C |
| HYSTER | E50XM | G108N02743C |
| HYSTER | E50XM | G108N02744C |
| HYSTER | E50XM | G108N02748C |
| HYSTER | E50XM | G108V01750B |
| HYSTER | E50XM | G108V01751B |
| HYSTER | E50XM | G108V01752B |
| HYSTER | E60XM | G108N05575D |
| HYSTER | E60XM | G108N05576D |
| HYSTER | E60XM | G108N05577D |
| HYSTER | E60XM | G108N05578D |
| HYSTER | E60XM | G108N05579D |
| HYSTER | E60XM | G108N05580D |
| HYSTER | E60XM | G108N05581D |
| HYSTER | E60XM | G108N05582D |
| HYSTER | E60XM | G108N05583D |
| HYSTER | E60XM | G108N05584D |
| BANDIT | MODEL-1590 | 4FMUS1812CR002533 |
| BOBCAT | 942601 | 94260100653 |
| BOBCAT | 942601 | 94260100675 |
| CASCADE | (09)25DCCS35 | 193989-8RO |
| CASCADE | (09)25DCCS35 | 193989-1RO |
| CASCADE | (09)25DCCS35 | 229260-1 |
| CASCADE | (09)25DCCS35 | PTL514989-3 |
| CASCADE | (09)35DPPS | 490-T-26 |
| CASCADE | (09)35DPPS | 576575-T6 |
| CASCADE | (10)25DCCS35 | 134973-02 |

| Dist/Mfg Name | Model # | Serial # |
|---|---|---|
| CASCADE | (10)25DCCS35 | 193989-6RO |
| CLARK | (12) ECX25 | ECX36019949653KF |
| CLARK | (12) OSX15 | OSX1501719798KF |
| FORD | E350 | 1FTSE3EL8CDA04986 |
| FORD | E350 | 1FTSE3EL3CDA46806 |
| FORD | E350 | 1FTSE3EL9CDA46809 |
| FORD | E350 | 1FTSE3EL5CDA46807 |
| FORD | E350 | 1FTSE3EL7CDA46808 |
| FORD | E350 | 1FTSE3EL7CDA46811 |
| FORD | E350 | 1FTSE3EL5CDA46810 |
| FORD | E350 | 1FTSE3EL9CDA46812 |
| FORD | E350 | 1FTSE3EL0CDA46813 |
| FORD | E350 | 1FTSE3EL2CDA46814 |
| FORD | E350 | 1FTSE3EL4CDA46815 |
| FORD | E350 | 1FTSE3EL6CDA46816 |
| FORD | E350 | 1FTSE3EL2BDA51879 |
| FORD | F150 | 1FTFW1EF6BFA35976 |
| FORD | F150 | 1FTEX1EM4BFC47184 |
| FORD | F150 | 1FTFW1ET1CFB11143 |
| FORD | F150 | 1FTFW1ET3CFB11144 |
| FORKLIFT | S060 | 753780856J |
| FORKLIFT | S060 | 753880856J |
| GENERAC | QT02515ANSX | 7082333 |
| GENERAC | QT02515JNSX | 7261221 |
| GENERAC | QT06024KNAX | 7261239 |
| GENERAC | RTSN600K3 | 7251608 |
| GENERAC | RTSX100A3 | 7077284 |
| HELI AMERICAS | (13)CPYD25TY | 230250R4693 |
| HYSTER | (08)S155FT | E024V01548F |
| INDUSTRIAL EQUI | (12) 9030200 | J000033185-1 |
| INDUSTRIAL EQUI | 13-RG27 | RG270060613 |
| INTERNATIONAL | 8600 DAYCAB | 1HSHXAHR59H131888 |
| JCB | 260 | GEO260WVJC1747481 |
| JCB | 10-VMT260 | GETVT260L92802383 |
| JCB | 260 T4 | GEO260WVCC2196089 |
| JCB | 260T | GEO260TVAB1746578 |
| JCB | 515-40 | JCB51540V01768947 |
| JCB | 8085 ZTS | JCB08085H01072866 |
| ENERSYS | 18-E85-21 | RIC595570 |
| ENERSYS | 18-E85-21 | RIC595571 |
| ENERSYS | 18-E85-21 | RIC595572 |
| ENERSYS | 18-E85-21 | RIC595573 |
| ENERSYS | 18-E85-21 | RIC595574 |

| Dist/Mfg Name | Model # | Serial # |
|---|---|---|
| ENERSYS | 18-E85-21 | RIC596020 |
| ENERSYS | 18-E85-21 | RIC596019 |
| ENERSYS | 18-E85-21 | RIC596021 |
| ENERSYS | 18-E85-21 | RIC597962 |
| ENERSYS | 18-E85-21 | RIC597963 |
| ENERSYS | 18-E85-21 | RIC597966 |
| ENERSYS | F300AT24 | 29441 |
| ENERSYS | HF-EH3-18-1200Y | IB59183 |
| ENERSYS | HF-EH3-18-1200Y | IB59182 |
| ENERSYS | HF-EH3-18-1200Y | IB59181 |
| ENERSYS | HF-EH3-18-1200Y | IB59180 |
| ENERSYS | HF-EH3-18-1200Y | IB59179 |
| ENERSYS | HF-EH3-18-1200Y | IB59198 |
| ENERSYS | HF-EH3-18-1200Y | IB59199 |
| ENERSYS | HF-EH3-18-1200Y | IB59120 |
| ENERSYS | HF-EH3-18-1200Y | IB59184 |
| ENERSYS | HF-EH3-18-1200Y | IB59185 |
| ENERSYS | HF-EH3-18-1200Y | IB59186 |
| RAYCO | (13) RG27 | RG270030613 |
| REDMAX/ZENOAH | 580357201 | 00010@004724 |
| REDMAX/ZENOAH | EBZ6500RH | 675810130300206 |
| REDMAX/ZENOAH | EBZ7500RH | 670990130500286 |
| REDMAX/ZENOAH | EBZ7500RH | 670990130500277 |
| REDMAX/ZENOAH | EBZ7500RH | 670990130500282 |
| REDMAX/ZENOAH | EBZ8500RH | 671000130500389 |
| REDMAX/ZENOAH | EBZ8500RH | 671000130500381 |
| REDMAX/ZENOAH | EBZ8500RH | 671000130500380 |
| TERMINAL INVEST | (13) PROSPOT | 1T9TS3A87DR825123 |
| TERMINAL INVEST | ISB2010 | 1T9TS3A84CR825532 |
| THOMAS EQUIPMEN | (12)ML25G1 | ML001221 |
| YALE | (05) GLCO60T | A875B34805C |
| YALE | ERP040VT | G807N03177J |
| YALE | GC050LX | A967V01579H |
| YALE | GC050LX | A967V01577H |
| YALE | GC050LX | A967V01727J |
| YALE | GC050LX | A967V01729J |
| YALE | GC050LX | A967V01731J |
| YALE | GC050LX | A967V01732J |
| YALE | GC060VX | A910V18368J |
| YALE | GC060VX | A910V18377J |
| YALE | GC060VX | A910V18383J |
| YALE | GC060VX | A910V18369J |
| YALE | GC060VX | A910V18384J |

| Dist/Mfg Name | Model # | Serial # |
|---|---|---|
| YALE | GP060VX | B875V06873J |
| YALE | GP060VX | B875V07205J |
| YALE | GP060VX | B875V07204J |
| YALE | GP060VX | B875V07206J |
| YALE | GP060VX | B875V07207J |
| YALE | GP090VX | F813V03247F |
| YALE | MPB040-E | B827N44967J |
| YALE | MPB040-E | B827N44977J |
| YALE | MPB040-E | B827N45235J |
| YALE | MTR007-F | B903N01692K |
| YALE | MTR007-F | B903N01694K |
| YALE | NR040DA | A295N04262J |