# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>KMH SYSTEMS, INC., an Ohio corporation,<br><br>      Defendant. | Case No. 3:13-cv-00409-WHR |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs General Electric Capital Corporation, NMHG Financial Services, Inc., GE Capital Commercial, Inc., Colonial Pacific Leasing Corporation, and GE Commercial Distribution Finance Corporation (collectively "Plaintiffs"), hereby voluntarily dismisses all of their claims in the above-captioned matter against Defendant KMH Systems, Inc., without prejudice.  Each party shall bear its own costs.

Respectfully submitted,

/s/ *J.B. Lind*
Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
1375 East Ninth Street
2100 One Cleveland Center
Cleveland, Ohio 44114
(216) 479-6167

J.B. Lind
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street
Suite 3500, Great American Tower
Cincinnati, OH 45202
(513) 842-8119

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that the following will served via U.S. Postal Service upon:

> KMH Systems, Inc.
> 6900 Poe Avenue
> Dayton, OH 45404

/s/ *J.B. Lind*
J.B. Lind